IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAYMOND DADI, | § | |
| *Plaintiff,* | § | SA-26-CV-02646-FB |
| vs. | § | |
| WARDEN BOBBY THOMPSON, SOUTH TEXAS DETENTION FACILITY (GEO); SYLVESTER M. ORTEGA, ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; ACTING SECRETARY MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, ACTING UNITED STATES ATTORNEY GENERAL; | § | |
| *Defendants.* | § | |

**ORDER DIRECTING THE ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

This case is set for an Evidentiary Hearing on June 11, 2026, at 3:00 p.m., before the Honorable Elizabeth S. Chestney at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

The presence of Petitioner Raymond Dadi, who is currently in the custody of Warden Bobby Thompson of the South Texas ICE Processing Center, is necessary at the Evidentiary Hearing. Accordingly,

**IT IS ORDERED** that Petitioner shall be transported to the Courthouse for the hearing and shall be present in the courtroom for the hearing.

1

The Clerk is **furthermore ORDERED** to:

(1) Once executed, enter the Writ attached to this Order into the record;

(2) Provide copies by U.S. Certified Mail of the Order Setting In-Person Evidentiary Hearing [#14], this Order, and the Writ to the following address and enter the certified mail receipt into the record:

> **Warden Bobby Thompson**
> **South Texas ICE Processing Center**
> **566 Veterans Drive**
> **Pearsall, Texas 78061**

(3) Deliver courtesy copies of the Order Setting In-Person Evidentiary Hearing [#14], this Order, and the Writ to the office of the U.S. Marshal, Western District of Texas, San Antonio Division.

**It is FURTHER ORDERED** that if Petitioner Raymond Dadi is to be moved from his present unit before the date of the evidentiary hearing, Warden Thompson must contact Court chambers immediately—via email directed to abigail_chaparro@txwd.uscourts.gov—and obtain leave of the Court for any such move prior to it occurring. The Court so orders to protect its jurisdiction over this matter.

**IT IS SO ORDERED.**

SIGNED this 28th day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RAYMOND DADI,

     *Plaintiff,*

vs.

WARDEN BOBBY THOMPSON,
SOUTH TEXAS DETENTION FACILITY
(GEO); SYLVESTER M. ORTEGA,
ACTING FIELD OFFICE DIRECTOR,
SAN ANTONIO FIELD OFFICE, U.S.
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,
ENFORCEMENT AND REMOVAL
OPERATIONS; ACTING SECRETARY
MARKWAYNE MULLIN, U.S.
DEPARTMENT OF HOMELAND
SECURITY; AND TODD BLANCHE,
ACTING UNITED STATES ATTORNEY
GENERAL;

     *Defendants.*

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

SA-26-CV-02646-FB

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:   **Warden Bobby Thompson**

     **South Texas ICE Processing Center**

     **566 Veterans Drive**

     **Pearsall, Texas 78061**

You are hereby **ORDERED** to deliver the body of Petitioner Raymond Dadi, a prisoner in your custody, for an evidentiary hearing on June 11, 2026, at 3:00 p.m., before the Honorable Elizabeth S. Chestney at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

3

This writ shall be your or your representative's authority to enter the U.S. Courthouse premises. You or your representative must remain with Petitioner during the proceedings until the termination of the hearing and you must coordinate any logistics with the U.S. Marshal, Western District of Texas, San Antonio Division.

**IT IS SO ORDERED.**

SIGNED this 28th day of May, 2026.


ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

4